UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action No. |
| ) | 5:03-91-JMH-EBA |
| v. ) | (Civil Action No. 09-7072-JMH- |
| ) | EBA) |
| JAMES RAY COPE, ) | |
| ) | |
| Defendant. ) | **MEMORANDUM OPINION AND ORDER** |

\*\*    \*\*    \*\*    \*\*    \*\*

Defendant/Movant James Ray Cope has moved, *pro se*, for relief under 28 U.S.C. § 2255. [DE 208]. The United States responded in opposition [DE 210], and Defendant/Movant Cope filed a Reply [DE 214] in further support of his request for relief. On March 30, 2011, Magistrate Judge Edward B. Atkins recommended [DE 217] that the Court deny section 2255 relief on all grounds and opined that no hearing was necessary. [*See* DE 217]. Cope, *pro se*, filed his objections [DE 218] to the recommended disposition of the case. The Court has considered the matter *de novo* and concludes that no relief is in order for the reasons stated in the Magistrate Judge's recommended disposition.

Further, this Court must determine whether a certificate of appealability should issue. *See* 28 U.S.C. § 2253(c)(1)(A); Fed. R. App. P. 22(b)(1). A certificate may issue only "if the applicant has made a substantial showing of the denial of a constitutional

right."  28 U.S.C. § 2253(c)(2).  Petitioner must show that reasonable jurists could find in his favor, and the "question is the debatability of the underlying federal constitutional claim, not the resolution of that debate." *Miller-El v. Cockrell*, 537 U.S. 322, 342 (2003).  The Court is of the opinion that Cope has not made a substantial showing that he was denied a constitutional right, and no certificate shall issue.

Having considered the matter *de novo* in light of Cope's objections, **IT IS ORDERED**:

(1) That Magistrate Judge Atkins' recommended disposition of the case [DE 217] shall be, and the same here by is, **ADOPTED.**

(2)  That the motion for relief under 28 U.S.C. § 2255 [DE 208] shall be, and the same hereby is, **DENIED** in its entirety.

(3)  That no certificate of appealability shall issue.

This the 26th day of April, 2011.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge